STEVENS & O'CONNELL LLP
GEORGE L. O'CONNELL  (SBN 74037)
DAVID A. CHEIT (SBN 121379)
STEVEN S. KIMBALL (SBN 154925)
400 Capitol Mall, Suite 1400
Sacramento, California 95814-4498
Telephone:  (916) 329-9111
Facsimile:  (916) 329-9110

PERKINS COIE LLP
KEITH GERRARD (Admitted Pro Hac Vice)
RICHARD C. COYLE (Admitted Pro Hac Vice)
BRENDAN MURPHY (Admitted Pro Hac Vice)
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone:  (206) 359-8000
Facsimile:  (206) 359-9000

Attorneys for Defendants
Turbomeca, S.A. (f/k/a La Societe Anonyme
Turbomeca France) and Turbomeca USA, Inc.
(f/k/a Turbomeca Engine Corporation)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| COUNTY OF SACRAMENTO,<br><br>              Plaintiff,<br><br>   v.<br><br>TURBOMECA, S.A., a French Corporation,<br>LA SOCIETE ANONYME TURBOMECA<br>FRANCE, a French Corporation,<br>TURBOMECA USA, a Texas Corporation,<br>TURBOMECA ENGINE CORPORATION, a<br>Texas corporation,<br><br>              Defendants. | Case No. 2:07-CV-01398 WBS DAD<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME: (1) TO RESPOND TO COMPLAINT; (2) FOR RULE 26(F) CONFERENCE; AND (3) TO SERVE INITIAL DISCLOSURES; REQUEST FOR ORDER CONTINUING INITIAL (PRETRIAL SCHEDULING) CONFERENCE |
|---|---|

      Plaintiff County of Sacramento ("Plaintiff") and Defendants Turbomeca, S.A. (f/k/a La Societe Anonyme Turbomeca France) and Turbomeca USA, Inc. (f/k/a Turbomeca Engine Corporation) (collectively, "Defendants") hereby stipulate and seek an order of the Court extending certain deadlines in the above-entitled matter, as follows:

///

///

Pursuant to Federal Rule of Civil Procedure 4(d)(3), Defendant Turbomeca USA, Inc. voluntarily agreed to waive service of the Complaint by a written waiver that was mailed on August 20, 2007.  However, defendant Turbomeca S.A. has declined to execute the waiver of service that was mailed to it because plaintiff has declined to dismiss a duplicative action that it has filed in Sacramento County Superior Court.  (Plaintiff states that it intends to file a motion in that court to stay the state action pending the outcome of this action.)   Accordingly, plaintiff is in the process of effecting service to Turbomeca S.A. pursuant to the terms of the Hague Convention.  Under Rule 4(d)(3), the due date for a response to the Complaint by Turbomeca USA would be October 19, 2007, but the time for a responsive pleading by Turbomeca S.A. has not begun to run due to the lack of service of the Complaint.   The parties desire and agree that responsive pleadings by both defendants should be filed simultaneously, on a date to be determined after the completion of service on Turbomeca S.A., so that all further proceedings in the case can be scheduled concurrently with respect to both defendants.

Accordingly, the parties HEREBY STIPULATE AND AGREE that the time for Turbomeca USA (f/k/a Turbomeca Engine Corporation) to respond to the Complaint is extended to the same date on which a responsive pleading will be due from Turbomeca S.A. (f/k/a La Societe Anonyme Turbomeca France), such date to be determined following the completion of service of the Complaint on Turbomeca S.A.

Under the Order Setting Status (Pretrial Scheduling) Conference issued by the Court on August 7, 2007 (and not yet served on Turbomeca S.A.), a Status Conference is set for October 22, 2007.  The Order requires that at least 21 days before the Status Conference the parties are to confer and develop a proposed discovery plan pursuant to Federal Rule of Procedure 26(f) ("Initial Conference of the Parties").  Under Rule 26(a)(1), the parties' Initial Disclosures would then be due on October 15, 2007, 14 days after the Initial Conference of the Parties. Since Defendants will not have filed an answer to the Complaint at that time, the parties HEREBY STIPULATE AND AGREE that the Initial Conference of Parties shall occur 30 days after the date on which both Defendants file answers to the Complaint, and that the Initial Disclosures of the parties shall take place 14 days after the Initial Conference.

Further, to facilitate the completion of the Initial Conference and Initial Disclosures and to ensure that further proceedings in this matter are scheduled concurrently for all parties, for the convenience of the parties and the Court, the parties respectfully request that the Court continue the initial status (pretrial scheduling) conference to a date 60 days after the Defendants have filed their answers.

Dated:  October 5, 2007                                   STEVENS & O'CONNELL, LLP


                                                          By    /s/ David A. Cheit

                                                          DAVID A. CHEIT
                                                          Attorneys for Defendants
                                                          Turbomeca, S.A. (f/k/a La Societe Anonyme
                                                          Turbomeca France) and Turbomeca USA,
                                                          Inc. (f/k/a Turbomeca Engine Corporation)


Dated:  October 5, 2007                                   LENAHAN, LEE,
                                                          SLATER & PEARSE, LLP


                                                          By

                                                          CHARLETON S. PEARSE
                                                          Attorneys for Plaintiff
                                                          County of Sacramento


### [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT:

(1) The deadline for the filing of a responsive pleading by Defendant Turbomeca USA (f/k/a Turbomeca Engine Corporation) is extended to the same date on which a responsive pleading will be due from Defendant Turbomeca S.A. (f/k/a La Societe Anonyme Turbomeca France), such date to be determined following the completion of service of the Complaint on Turbomeca S.A.;

(2) The Initial Conference of the Parties pursuant to Federal Rule of Civil Procedure 26(f) shall occur within 30 days after Defendants have filed answers to the Complaint;

(3)  The Initial Disclosures of the parties pursuant to Federal Rule of Civil Procedure 26(a)(1) shall occur within 14 days after the Initial Conference of the parties; and

(4)  The **Status (Initial Scheduling) Conference** currently scheduled for October 22, 2007 is **continued to February 25, 2008 at 2:00 p.m.**

Dated:  October 8, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE