STEVENS & O'CONNELL LLP
GEORGE L. O'CONNELL  (SBN 74037)
DAVID A. CHEIT (SBN 121379)
STEVEN S. KIMBALL (SBN 154925)
400 Capitol Mall, Suite 1400
Sacramento, California 95814-4498
Telephone:  (916) 329-9111
Facsimile:  (916) 329-9110

PERKINS COIE LLP
KEITH GERRARD (Admitted Pro Hac Vice)
RICHARD C. COYLE (Admitted Pro Hac Vice)
BRENDAN MURPHY (Admitted Pro Hac Vice)
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone:  (206) 359-8000
Facsimile:  (206) 359-9000

Attorneys for Defendants
Turbomeca, S.A. (f/k/a La Societe Anonyme
Turbomeca France) and Turbomeca USA, Inc.
(f/k/a Turbomeca Engine Corporation)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SACRAMENTO,<br><br>  Plaintiff,<br><br>  v.<br><br>TURBOMECA, S.A., a French Corporation,<br>LA SOCIETE ANONYME TURBOMECA FRANCE, a French Corporation,<br>TURBOMECA USA, a Texas Corporation,<br>TURBOMECA ENGINE CORPORATION, a Texas corporation,<br><br>  Defendants. | Case No. 2:07-CV-01398 WBS DAD<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME: (1) TO RESPOND TO COMPLAINT; (2) FOR RULE 26(F) CONFERENCE; AND (3) TO SERVE INITIAL DISCLOSURES; REQUEST FOR ORDER CONTINUING INITIAL (PRETRIAL SCHEDULING) CONFERENCE |

Plaintiff County of Sacramento ("Plaintiff") and Defendants Turbomeca, S.A. (f/k/a La Societe Anonyme Turbomeca France) and Turbomeca USA, Inc. (f/k/a Turbomeca Engine Corporation) (collectively, "Defendants") hereby stipulate and seek an order of the Court extending certain deadlines in the above-entitled matter, as follows:

///

///

1. On October 10, 2007, pursuant to a stipulation of the parties filed on October 5, 2007, the Court entered an Order that extended the deadline for the filing of a responsive pleading by defendant Turbomeca USA, Inc. to correspond with the initial deadline for filing of a responsive pleading by defendant Turbomeca S,A., which had not yet been served.  The Order also established corresponding deadlines, following the anticipated filing of responsive pleadings by both defendants, for the completion of the Rule 26(f) conference of the parties and the exchange of initial disclosures, and set the Initial Scheduling Conference for February 25, 2008.  The purpose of the Stipulation and Order was to allow plaintiff time to effect service of its complaint on Turbomeca S.A. via the Hague Convention, and to permit the simultaneous filings of responsive pleadings by Turbomeca S.A. and by defendant Turbomeca USA, Inc.

Plaintiff has now attempted to effect service on Turbomeca S.A., and while the parties dispute the validity of the attempted service, Turbomeca S.A. is willing to proceed with the filing of an answer notwithstanding any potential defects in service.  No responsive pleadings have yet been filed by either defendant, and therefore the parties are not yet in a position to conduct their Rule 26(f) conference or to submit a proposed discovery plan and related information to the Court for its use in entering a scheduling order.  However, the parties have agreed on a schedule for the filing of <u>answers</u> by both defendants, as well as the subsequent Rule 26(f) conference and exchange of initial disclosures, and by this Stipulation they request that the Court enter its order adopting the proposed schedule and resetting the Initial Scheduling Conference, as set forth herein.

Accordingly, the parties hereby STIPULATE AND AGREE as follows:

That the deadline for the filing of answers by defendants Turbomeca S.A. and Turbomeca USA, Inc. is extended to March 14, 2008.

That the deadline for completion of the Rule 26(f) conference of the parties is extended to April 18, 2008;

That the deadline for the exchange of initial disclosures is extended to May 2, 2008; and

///

///

1   That the initial scheduling conference currently set for February 25, 2008 is continued to a
2   date no earlier than May 5, 2008.

3   Dated:  February 14, 2008                    STEVENS & O'CONNELL, LLP

4

5                                                By     /s/ David A. Cheit

6                                                DAVID A. CHEIT
                                                 Attorneys for Defendants
7                                                Turbomeca, S.A. (f/k/a La Societe Anonyme
                                                 Turbomeca France) and Turbomeca USA,
8                                                Inc. (f/k/a Turbomeca Engine Corporation)

9

10  Dated:  February 14, 2008                    LENAHAN, LEE,
                                                 SLATER & PEARSE, LLP
11

12                                               By  /s/ Charleton S. Pearse (authorized 2-14-08)

13                                               CHARLETON S. PEARSE
                                                 Attorneys for Plaintiff
14                                               County of Sacramento

15

16                                          **ORDER**

17  IT IS HEREBY ORDERED THAT:

18       (1)  The deadline for the filing of answers by Defendants Turbomeca S.A. (f/k/a La
19  Societe Anonyme Turbomeca France) and Turbomeca USA (f/k/a Turbomeca Engine
20  Corporation) is extended to March 14, 2008;
21       (2)  The Initial Conference of the Parties pursuant to Federal Rule of Civil Procedure 26(f)
22  shall occur no later than April 18, 2008;
23       (3)  The Initial Disclosures of the parties pursuant to Federal Rule of Civil Procedure
24  26(a)(1) shall occur no later than May 2, 2008; and
25  ///
26  ///
27  ///
28  ///

1   (4)  The Status (Initial Scheduling) Conference currently scheduled for February 25, 2008
2 is vacated, and will be rescheduled to take place on **May 19, 2008 at 2:00 p.m.**
3 Dated:  February 14, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1  I HEREBY CERTIFY that on February 15, 2008 I caused a true and correct copy of the foregoing

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF TIME: (1) TO RESPOND TO COMPLAINT; (2) FOR RULE 26(F) CONFERENCE; AND (3) TO SERVE INITIAL DISCLOSURES; REQUEST FOR ORDER CONTINUING INITIAL (PRETRIAL SCHEDULING) CONFERENCE

to be electronically filed with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

Charleton S. Pearse     cpearse@lenahanlaw.net
Kathleen Staker          kstaker@lenahanlaw.net
Lenahan, Lee, Slater & Pearse, LLP
1030 15th Street, Suite 300
Sacramento, CA  95814


Dated:  February 14, 2008


                                        /s/ Donna Williams