STEVENS & O'CONNELL LLP
GEORGE L. O'CONNELL  (SBN 74037)
DAVID A. CHEIT (SBN 121379)
STEVEN S. KIMBALL (SBN 154925)
400 Capitol Mall, Suite 1400
Sacramento, California 95814-4498
Telephone:  (916) 329-9111
Facsimile:  (916) 329-9110

PERKINS COIE LLP
KEITH GERRARD (Admitted Pro Hac Vice)
BRENDAN MURPHY (Admitted Pro Hac Vice)
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone:  (206) 359-8000
Facsimile:  (206) 359-9000

Attorneys for Defendants
Turbomeca, S.A. (f/k/a La Societe Anonyme
Turbomeca France) and Turbomeca USA, Inc.
(f/k/a Turbomeca Engine Corporation)

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SACRAMENTO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>TURBOMECA, S.A., a French Corporation,<br>LA SOCIETE ANONYME TURBOMECA<br>FRANCE, a French Corporation,<br>TURBOMECA USA, a Texas Corporation,<br>TURBOMECA ENGINE CORPORATION, a<br>Texas corporation,<br><br>　　　　　　Defendants. | Case No. 2:07-CV-01398 WBS DAD<br><br>STIPULATION AND ORDER REGARDING FURTHER EXTENSION OF TIME: FOR RULE 26(F) CONFERENCE; AND TO SERVE INITIAL DISCLOSURES; REQUEST FOR ORDER CONTINUING INITIAL (PRETRIAL SCHEDULING) CONFERENCE |

　　　Plaintiff County of Sacramento ("Plaintiff" or "County") and Defendants Turbomeca, S.A. (f/k/a La Societe Anonyme Turbomeca France) and Turbomeca USA, Inc. (f/k/a Turbomeca Engine Corporation) (collectively, "Defendants") hereby stipulate and seek an order of the Court extending certain deadlines in the above-entitled matter, as follows:

///

///

---

1
STIPULATION AND ORDER REGARDING EXTENSIONS OF TIME: REQUEST FOR ORDER CONTINUING INITIAL SCHEDULING CONFERENCE

1    Defendants Turbomeca S.A. and Turbomeca USA are also the defendants in <u>Henrikson et al. v. Turbomeca S.A. et al.</u>, Case No 06-CV- 01563 WBS-DAD (the "<u>Henrikson</u> action").

The complaint in the <u>Henrikson</u> action was filed on July 13, 2006.  On October 18, 2006, County filed three notices of lien in the <u>Henrikson</u> action for sums paid for the benefit of plaintiffs in that case.  On June 11, 2007, County filed a motion for leave to intervene in the <u>Henrikson</u> action.  On July 13, 2007, while County's motion for intervention was pending, County filed its complaint in the above-captioned matter.  On July 30, 2007, the Court entered its order denying County's motion for leave to intervene in the <u>Henrikson</u> action, and also entered a Related Case Order designating this matter and the <u>Henrikson</u> action as related cases.

The procedural status of the two cases is as follows:

In the <u>Henrikson</u> action, trial is scheduled to commence on September 9, 2008.  All non-expert discovery has been completed, and expert discovery and trial preparations are underway.  Defendants have filed a motion for summary judgment, which is scheduled for hearing on June 9, 2008, and the final pretrial conference is scheduled to take place on August 11, 2008.  The parties have also agreed to submit the matter to mediation, with a mediation session scheduled to take place on April 23, 2008.

In this action, the defendants filed their answers on March 14, 2008.  Initial disclosures have not yet taken place, and discovery has not yet commenced.  Pursuant to this Court's order filed on February 15, 2008, the parties are to submit a joint status report no later than May 5, 2008, and the initial scheduling conference is to take place on May 19, 2008.

The parties hereto have entered into discussions that reflect their mutual desire to avoid unnecessary or duplicative litigation and expense, and to facilitate an early and mutually cost-effective settlement of the above-captioned matter.  Pursuant to those discussions, the parties respectfully submit, by this Stipulation, their joint request that all currently scheduled matters in this action be continued for a period of three months, so that the parties can fully explore the opportunity for an early settlement of this matter without incurring unnecessary or duplicative expenses.

1     Accordingly, the parties hereby STIPULATE AND AGREE to submit their joint request that the Court order as follows:

    That the deadline for completion of the Rule 26(f) conference of the parties is extended to July 18, 2008;

    That the deadline for the exchange of initial disclosures is extended to August 1, 2008; and

    That the initial scheduling conference currently set for May 19, 2008 is continued to a date no earlier than August 25, 2008.

Dated:  April 22, 2008                                      STEVENS & O'CONNELL, LLP

                                By    /s/ David A. Cheit

                                DAVID A. CHEIT
                                Attorneys for Defendants
                                Turbomeca, S.A. (f/k/a La Societe
                                Anonyme Turbomeca France) and
                                Turbomeca USA, Inc. (f/k/a Turbomeca
                                Engine Corporation)

Dated:  April 22, 2008                                      LENAHAN, LEE,
                                SLATER & PEARSE, LLP

                                By  /s/ Charleton S. Pearse (authorized 4/22/08)

                                CHARLETON S. PEARSE
                                Attorneys for Plaintiff
                                County of Sacramento

**ORDER**

IT IS HEREBY ORDERED THAT:

(1) The Initial Conference of the Parties pursuant to Federal Rule of Civil Procedure 26(f) shall occur no later than July 18, 2008;

(2) The Initial Disclosures of the parties pursuant to Federal Rule of Civil Procedure 26(a)(1) shall occur no later than August 1, 2008; and

(3) The Status (Initial Scheduling) Conference currently scheduled for May 19, 2008 is vacated, and rescheduled for August 25, 2008, at 2:00 p.m.

Dated: April 24, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME: (1) TO RESPOND TO COMPLAINT; (2) FOR RULE 26(F) CONFERENCE; AND (3) TO SERVE INITIAL DISCLOSURES