```
                       UNITED STATES DISTRICT COURT

                      EASTERN DISTRICT OF CALIFORNIA

                               ----oo0oo----

COUNTY OF SACRAMENTO,

          Plaintiff,              CIV. NO. 07-1398 WBS DAD

vs.

TURBOMECA, S.A., a French
Corporation, LA SOCIÉTÉ
ANONYME TURBOMECA FRANCÉ, a
French Corporation, TURBOMECA    RELATED CASE ORDER
USA, a Texas Corporation,
TURBOMECA ENGINE CORPORATION,
a Texas corporation,

          Defendants.
_____/

COUNTY OF SACRAMENTO,

          Plaintiff,              CIV. NO. 08-1588 GEB JFM

vs.

TURBOMECA, S.A., a French
Corporation, LA SOCIÉTÉ
ANONYME TURBOMECA FRANCÉ, a
French Corporation, TURBOMECA
USA, a Texas Corporation,
TURBOMECA ENGINE CORPORATION,
a Texas corporation,

          Defendants.
_____/

///
///
```

1        Examination of the above-entitled actions reveals that
2   these actions are related within the meaning of Local Rule 83-
3   123(a) because the plaintiffs are the same in both cases and
4   seek damages from the same defendants arising out of the same
5   helicopter crash.  E. Dist. of Cal. Local R. 83-123(a).
6   Accordingly, the assignment of the matters to the same judge is
7   likely to effect a substantial saving of judicial effort and is
8   also likely to be convenient for the parties.
9        The parties should be aware that relating the cases
10  under Local Rule 83-123 merely has the result that both actions
11  are assigned to the same judge; no consolidation of the actions
12  is effected.  Under the regular practice of this court, related
13  cases are generally assigned to the judge and magistrate to whom
14  the first filed action was assigned.
15       IT IS THEREFORE ORDERED that the actions denominated
16  County of Sacramento v. Turbomeca S.A., et al., Civ. No. 07-1398
17  WBS DAD, and County of Sacramento v. Turbomeca S.A., et al.,
18  Civ. No. 08-1588 GEB JFM, be, and the same hereby are, deemed
19  related and the case denominated County of Sacramento v.
20  Turbomeca S.A., et al., Civ. No. 08-1588 GEB JFM, shall be
21  reassigned to the Honorable WILLIAM B. SHUBB and Magistrate
22  Judge Dale A. Drozd for all further proceedings.  Any dates
23  currently set in the reassigned case only are hereby VACATED.
24  Henceforth, the caption on documents filed in the reassigned
25  case shall be shown as County of Sacramento v. Turbomeca S.A.,
26  et al., Civ. No. 08-1588 WBS DAD.
27       IT IS FURTHER ORDERED that the Clerk of the Court
28  make appropriated adjustment in the assignment of civil cases to

1 | compensate for this reassignment.
2 | DATED:  July 14, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE