```
 1
 2
 3
 4
 5
 6
 7
 8                       UNITED STATES DISTRICT COURT
 9                      EASTERN DISTRICT OF CALIFORNIA
10                              ----oo0oo----
11  COUNTY OF SACRAMENTO,
12          Plaintiff,              CIV. NO. 07-1398 WBS DAD
13  vs.
14  TURBOMECA, S.A., a French
    Corporation, LA SOCIÉTÉ
15  ANONYME TURBOMECA FRANCÉ, a
    French Corporation, TURBOMECA   RELATED CASE ORDER
16  USA, a Texas Corporation,
    TURBOMECA ENGINE CORPORATION,
17  a Texas corporation,
18          Defendants.
    _____/
19
20  COUNTY OF SACRAMENTO,
21          Plaintiff,              CIV. NO. 08-1588 WBS DAD
22  vs.
23  TURBOMECA, S.A., a French
    Corporation, LA SOCIÉTÉ
24  ANONYME TURBOMECA FRANCÉ, a
    French Corporation, TURBOMECA
25  USA, a Texas Corporation,
    TURBOMECA ENGINE CORPORATION,
26  a Texas corporation,
27          Defendants.
    _____/
28
```

```
OLD REPUBLIC INSURANCE COMPANY,
            Plaintiff,                CIV. NO. 08-1376 FCD KJM
vs.
TURBOMECA SAFRAN GROUP and
TURBOMECA USA,
            Defendants.
_____/
```

----oo0oo----

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123(a) because all three cases derive from the same helicopter crash that occurred on July 13, 2005 and involve similar issues relating to liability and damages.  E. Dist. of Cal. Local R. 83-123(a).  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated <u>County of Sacramento v. Turbomeca S.A., et al.</u>, Civ. No. 07-1398 WBS DAD, <u>County of Sacramento v. Turbomeca S.A., et al.</u>, Civ. No. 08-1588 WBS DAD, and <u>Old Republic Ins. Co. v. Turbomeca Safran Group, et al.</u>, Civ. No. 08-1376 FCD KJM, be, and the same hereby are, deemed related and the case denominated <u>Old Republic</u>

1  Ins. Co. v. Turbomeca Safran Group, et al., Civ. No. 08-1376 FCD
2  KJM, shall be reassigned to the Honorable WILLIAM B. SHUBB and
3  Magistrate Judge Dale A. Drozd for all further proceedings.  Any
4  dates currently set in the reassigned case only are hereby
5  VACATED.  Henceforth, the caption on documents filed in the
6  reassigned case shall be shown as Old Republic Ins. Co. v.
7  Turbomeca Safran Group, et al., Civ. No. 08-1376 WBS DAD.
8           IT IS FURTHER ORDERED that the Clerk of the Court
9  make appropriated adjustment in the assignment of civil cases to
10 compensate for this reassignment.
11 DATED:  August 5, 2008

                    _____
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE