1  Ronald A. McIntire, Bar No. 127407
   PERKINS COIE LLP
2  1620 26th Street
   Sixth Floor, South Tower
3  Santa Monica, CA  90404-4013
   Telephone:  310.788.9900
4  Facsimile:  310.788.3399

5  Keith Gerrard (admitted pro hac vice)
   Richard Coyle (admitted pro hac vice)
6  Brendan Murphy (admitted pro hac vice)
   PERKINS COIE LLP
7  1201 Third Avenue, Suite 4800
   Seattle, WA  98101-3099
8  Telephone:  206.359.8000
   Facsimile:  206.359.9000

9
   Attorneys for Defendants
10 Turbomeca S.A. and Turbomeca USA, Inc.

11
                    UNITED STATES DISTRICT COURT
12
                    EASTERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| 14 OLD REPUBLIC INSURANCE COMPANY, | Case No. 2:07:CV-1398 WBS DAD [Consolidated Master Case Number] |
| 15 Plaintiff, | STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR RULE 26(F) CONFERENCE, TO SERVE INITIAL DISCLOSURES, AND TO CONTINUE INITIAL (PRETRIAL SCHEDULING) CONFERENCE |
| 16 v. | |
| 17 TURBOMECA S.A. and TURBOMECA USA, | |
| 18 Defendants. | |
| 19 COUNTY OF SACRAMENTO, | |
| 20 Plaintiff, | |
| 21 v. | |
| 22 TURBOMECA S.A., a French Corporation; LA SOCIETE ANONYME TURBOMECA FRANCE, a French Corporation; TURBOMECA USA, a Texas Corporation; TURBOMECA ENGINE CORPORATION, a Texas Corporation, and Does 1 through 50, | |
| 25 Defendants. | |

26
       Plaintiffs County of Sacramento and Old Republic Insurance Company and Defendants
27
   Turbomeca S.A. (f/k/a La Societe Anonyme Turbomeca France) and Turbomeca USA, Inc. (f/k/a
28

STIPULATION AND ORDER
REGARDING EXTENSION OF TIME

1  Turbomeca Engine Corporation) hereby stipulate and seek an order of the Court extending certain
2  deadlines in the above-entitled matter, and state as follows:
3       These consolidated actions arise from the crash of a Sacramento County Sheriff's
4  Department helicopter on July 13, 2005, which resulted in the deaths of two Sheriff's deputies,
5  injuries to a third deputy, and the loss of the helicopter.  The County of Sacramento commenced
6  the action numbered 2:07-cv-01398-WBS-DAD on July 13, 2007.  Old Republic Insurance
7  Company commenced the action numbered 2:08-cv-01376-WBS-DAD on June 18, 2008.  The
8  damages sought by plaintiffs include property loss, reimbursement of insurance payments for the
9  helicopter, reimbursement of workers' compensation payments made to, or on behalf of, the
10  occupants of the helicopter, and loss of use.  The helicopter occupants and their families
11  commenced a separate personal injury action against Turbomeca S.A. and Turbomeca USA, but
12  the parties to that action reached a settlement and the case has been dismissed.[1]
13       On August 7, 2008, the Court ordered the actions consolidated under master case number
14  07-CV-01398-WBS-DAD.  The court also adopted the scheduling order from the Old Republic
15  action, which set a status conference for December 1, 2008, at 2:00 p.m.
16       The defendants filed their answers in these consolidated actions and the parties have been
17  working diligently to resolve the case informally and without burden on the Court.  Counsel for
18  Turbomeca and the County have met in person to discuss resolution of the case.  The parties have
19  been in the process of informally exchanging documents and information.  The informal
20  exchange of documents and information is continuing and the parties anticipate an additional
21  meeting of all parties in person in the next few months to continue to work toward settlement.
22  The parties mutually desire to avoid unnecessary litigation and expense, and to facilitate an early
23  and cost-effective resolution of these consolidated cases.
24       The parties respectfully submit, by this Stipulation, their joint request that all currently
25  scheduled matters in this action be continued for a period of four months, so that the parties can
26  continue the informal exchange of information and documents and work toward an informal

---

[1] *Eric Henrikson, et al. v. Turbomeca, S.A., et al.*, Case No. 2:06-cv-01563-WBS-DAD (filed July 13, 2006, terminated June 26, 2008).

STIPULATION AND ORDER
REGARDING EXTENSION OF TIME     -2-

resolution of the cases without incurring unnecessary expenses and without imposing any unnecessary burdens on the Court.

Accordingly, the parties hereby STIPULATE AND AGREE to submit their joint request that the Court order as follows:

1) That the deadline for completion of the Rule 26(f) conference of the parties is extended to March 11, 2009;

2) That the deadline for the exchange of initial disclosures is extended to May 1, 2009; and

3) That the initial scheduling conference currently set for December 1, 2008 is continued to a date no earlier than April 1, 2009.

DATED:  November 17, 2008            **PERKINS COIE LLP**

By:   /s/Ronald McIntire
        Ronald A. McIntire

Attorneys for Defendants
Turbomeca S.A. and Turbomeca USA, Inc.

DATED:  November 17, 2008            **LENAHAN, LEE
                                      SLATER & PEARSE, LLP**

By:   /s/Charleton Pearse per email approval
        Charleton S. Pearse

Attorneys for Plaintiff
County of Sacramento

DATED:  November 17, 2008            **REID, AXELROD, MCCORMACK,
                                      GRIFFIS & RUANE**

By:   /s/Peter Axelrod per email approval
        Peter Axelrod

Attorneys for Plaintiff
Old Republic Insurance Company

STIPULATION AND ORDER
REGARDING EXTENSION OF TIME            -3-

1 **ORDER**

2     IT IS HEREBY ORDERED THAT:

3     (1)    The Initial Conference of the Parties pursuant to Federal Rule of Civil

4 Procedure 26(f) shall occur no later than March 11, 2009;

5     (2)    The Initial Disclosures of the parties pursuant to Federal Rule of Civil

6 Procedure 26(a)(1) shall occur no later than May 1, 2009; and

7     (3)    The Status (Initial Scheduling) Conference currently scheduled for December 1,

8 2008 is vacated and rescheduled for **April 6, 2009 at 2:00 p.m.**

9     DATED:  November 17, 2008

11 WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
REGARDING EXTENSION OF TIME    -4-