Ronald A. McIntire, Bar No. 127407
PERKINS COIE LLP
1620 26th Street
Sixth Floor, South Tower
Santa Monica, CA 90404-4013
Telephone: 310.788.9900
Facsimile: 310.788.3399

Keith Gerrard (admitted pro hac vice)
Richard Coyle (admitted pro hac vice)
Brendan Murphy (admitted pro hac vice)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants
Turbomeca S.A. and Turbomeca USA, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLD REPUBLIC INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>TURBOMECA S.A. and TURBOMECA USA,<br><br>    Defendants. | Case No. 2:07:CV-1398 WBS DAD<br>[Consolidated Master Case Number]<br><br>STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR RULE 26(F) CONFERENCE, TO SERVE INITIAL DISCLOSURES, AND TO CONTINUE INITIAL (PRETRIAL SCHEDULING) CONFERENCE |
| COUNTY OF SACRAMENTO,<br><br>    Plaintiff,<br><br>    v.<br><br>TURBOMECA S.A., a French Corporation; LA SOCIETE ANONYME TURBOMECA FRANCE, a French Corporation; TURBOMECA USA, a Texas Corporation; TURBOMECA ENGINE CORPORATION, a Texas Corporation, and Does 1 through 50,<br><br>    Defendants. | |

        Plaintiffs County of Sacramento and Old Republic Insurance Company and Defendants Turbomeca S.A. (f/k/a La Societe Anonyme Turbomeca France) and Turbomeca USA, Inc. (f/k/a

STIPULATION AND ORDER
REGARDING EXTENSION OF TIME
24839-0159/LEGAL15509975.1

1 | Turbomeca Engine Corporation) hereby stipulate and seek an order of the Court extending certain
2 | deadlines in the above-entitled matter, and state as follows:
3 | These consolidated actions arise from the crash of a Sacramento County Sheriff's
4 | Department helicopter on July 13, 2005, which resulted in the deaths of two Sheriff's deputies,
5 | injuries to a third deputy, and the loss of the helicopter. The County of Sacramento commenced
6 | the action numbered 2:07-cv-01398-WBS-DAD on July 13, 2007. Old Republic Insurance
7 | Company commenced the action numbered 2:08-cv-01376-WBS-DAD on June 18, 2008. The
8 | damages sought by plaintiffs include property loss, reimbursement for payments made by the
9 | insurance carrier, reimbursement of workers' compensation payments made to, or on behalf of,
10 | the occupants of the helicopter, and loss of use. The helicopter occupants and their families
11 | commenced a separate personal injury action against Turbomeca S.A. and Turbomeca USA, but
12 | the parties to that action reached a settlement and the case has been dismissed.[1]
13 | On August 7, 2008, the Court ordered the actions consolidated under master case number
14 | 07-CV-01398-WBS-DAD. The court also adopted the scheduling order from the Old Republic
15 | action, which set a status conference for December 1, 2008, at 2:00 p.m. On November 17, 2008,
16 | the Court continued this conference to April 6, 2009. (Docket No. 43.)
17 | The defendants have filed their answers in these consolidated actions and the parties have
18 | been working diligently to resolve the case informally and without burden on the Court. Counsel
19 | for Turbomeca and the County have met in person to discuss resolution of the case. The parties
20 | have been in the process of informally exchanging documents and information and have
21 | exchanged and are reviewing numerous documents. The informal exchange of documents and
22 | information is continuing and the parties anticipate an additional meeting of all parties in person
23 | in the next few months to continue to work toward settlement. The parties mutually desire to
24 | avoid unnecessary litigation and expense, and to facilitate an early and cost-effective resolution of
25 | these consolidated cases.

---

[1] *Eric Henrikson, et al. v. Turbomeca, S.A., et al.*, Case No. 2:06-cv-01563-WBS-DAD (filed July 13, 2006, terminated June 26, 2008).

1     The parties respectfully submit, by this Stipulation, their joint request that all currently scheduled matters in this action be continued for a period of four months, so that the parties can continue the informal exchange of information and documents and work toward an informal resolution of the cases without incurring unnecessary expenses and without imposing any unnecessary burdens on the Court.

    Accordingly, the parties hereby STIPULATE AND AGREE to submit their joint request that the Court order as follows:

    1)     That the deadline for completion of the Rule 26(f) conference of the parties is extended a date no later than July 10, 2009;

    2)     That the deadline for the exchange of initial disclosures is extended to August 3, 2009; and

    3)     That the initial scheduling conference currently set for April 6, 2009 is continued to a date no earlier than September 1, 2009.

DATED: __March 18_____, 2009     **PERKINS COIE LLP**

By: __/s/ Brendan Murphy__ per e-mail approval 3/18/09
    Brendan Murphy

Attorneys for Defendants
Turbomeca S.A. and Turbomeca USA, Inc.

DATED: __March 18_____, 2009     **LENAHAN, LEE SLATER & PEARSE, LLP**

By: __/s/ M. Kathleen Staker__
    M. Kathleen Staker

Attorneys for Plaintiff
County of Sacramento

STIPULATION AND ORDER
REGARDING EXTENSION OF TIME     -3-
24839-0159/LEGAL15509975.1

DATED: __March 18_____, 2009    **REID, AXELROD, MCCORMACK,
                                     GRIFFIS & RUANE**

By: __/s/Donald Honigman__ per email approval 3/18/09
    Donald Honigman

Attorneys for Plaintiff
Old Republic Insurance Company

STIPULATION AND ORDER
REGARDING EXTENSION OF TIME     -4-
24839-0159/LEGAL15509975.1

# ORDER

IT IS HEREBY ORDERED THAT:

(1) The Initial Conference of the Parties pursuant to Federal Rule of Civil Procedure 26(f) shall occur no later than July 10, 2009;

(2) The Initial Disclosures of the parties pursuant to Federal Rule of Civil Procedure 26(a)(1) shall occur no later than August 3, 2009; and

(3) The Status (Initial Scheduling) Conference currently scheduled for April 6, 2009 is vacated and rescheduled for **September 8, 2009 at 9:00 a.m.**

DATED: March 19, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE