1   Ronald A. McIntire, Bar No. 127407
    PERKINS COIE LLP
2   1888 Century Park E., Suite 1700
    Los Angeles, CA  90067-1721
3   Telephone:  310.788.9900
    Facsimile:  310.788.3399
4
    Keith Gerrard (admitted pro hac vice)
5   Richard Coyle (admitted pro hac vice)
    Brendan Murphy (admitted pro hac vice)
6   PERKINS COIE LLP
    1201 Third Avenue, Suite 4800
7   Seattle, WA  98101-3099
    Telephone:  206.359.8000
8   Facsimile:  206.359.9000

9   Attorneys for Defendants
    Turbomeca S.A. and Turbomeca USA, Inc.
10

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13

14  OLD REPUBLIC INSURANCE              Case No. 2:07:CV-1398 WBS DAD
    COMPANY,                            [Consolidated Master Case Number]
15
                    Plaintiff,          STIPULATION AND ORDER REGARDING
                                        EXTENSION OF TIME FOR RULE 26(F)
16       v.                             CONFERENCE, TO SERVE INITIAL
                                        DISCLOSURES, AND TO CONTINUE
17  TURBOMECA S.A. and TURBOMECA        INITIAL (PRETRIAL SCHEDULING)
    USA,                                CONFERENCE
18
                    Defendants.
    COUNTY OF SACRAMENTO,
19
                    Plaintiff,
20
         v.
21
    TURBOMECA S.A., a French
22  Corporation; LA SOCIETE ANONYME
    TURBOMECA FRANCE, a French
23  Corporation; TURBOMECA USA, a Texas
    Corporation; TURBOMECA ENGINE
24  CORPORATION, a Texas Corporation,
    and Does 1 through 50,
25
                    Defendants.

26      Plaintiff County of Sacramento and Defendants Turbomeca S.A. (f/k/a La Societe

27  Anonyme Turbomeca France) and Turbomeca USA, Inc. (f/k/a Turbomeca Engine Corporation)

28

    STIPULATION AND ORDER
    REGARDING EXTENSION OF TIME
    24839-0159/LEGAL16553620.1

1 | hereby stipulate and seek an order of the Court extending certain deadlines in the above-entitled

2 | matter, and state as follows:

3 | These consolidated actions arise from the crash of a Sacramento County Sheriff's

4 | Department helicopter on July 13, 2005, which resulted in the deaths of two Sheriff's deputies,

5 | injuries to a third deputy, and the loss of the helicopter. The County of Sacramento commenced

6 | the action numbered 2:07-cv-01398-WBS-DAD on July 13, 2007. Old Republic Insurance

7 | Company commenced the action numbered 2:08-cv-01376-WBS-DAD on June 18, 2008. The

8 | damages sought by plaintiffs include property loss, reimbursement of insurance payments for the

9 | helicopter, reimbursement of workers' compensation payments made to, or on behalf of, the

10 | occupants of the helicopter, and loss of use. The helicopter occupants and their families

11 | commenced a separate personal injury action against Turbomeca S.A. and Turbomeca USA, but

12 | the parties to that action reached a settlement and the case has been dismissed.[1]

13 | On August 7, 2008, the Court ordered the actions consolidated under master case number

14 | 07-CV-01398-WBS-DAD. The court also adopted the scheduling order from the Old Republic

15 | action, which set a status conference for December 1, 2008, at 2:00 p.m. On November 17, 2008,

16 | the Court continued this conference to April 6, 2009. (Docket No. 43.) On March 19, 2009, the

17 | Court continued this conference to September 8, 2009. (Docket No. 47.)

18 | The defendants have filed their answers in these consolidated actions and the parties have

19 | been working diligently to resolve the case informally and without burden on the Court. Counsel

20 | for Old Republic and Turbomeca met in person in June 2009 and settled the claims brought by

21 | Old Republic. (Notice of Settlement, Docket No. 48.) Counsel for Turbomeca and the County

22 | have met in person to discuss resolution of the case and are scheduling additional meetings in

23 | person, which will likely occur in August or September 2009. The parties have also been in the

24 | process of informally exchanging documents and information and have exchanged and are

25 | reviewing numerous documents. The parties mutually desire to avoid unnecessary litigation and

26 | expense, and to facilitate an early and cost-effective resolution of these consolidated cases.

27 |

28 |

[1] *Eric Henrikson, et al. v. Turbomeca, S.A., et al.*, Case No. 2:06-cv-01563-WBS-DAD (filed July 13, 2006, terminated June 26, 2008).

STIPULATION AND ORDER
REGARDING EXTENSION OF TIME          -2-
24839-0159/LEGAL16553620.1

1    The parties respectfully submit, by this Stipulation, their joint request that all currently

2  scheduled matters in this action be continued for a period of four months, so that the parties can

3  continue the informal exchange of information and documents and work toward an informal

4  resolution of the cases without incurring unnecessary expenses and without imposing any

5  unnecessary burdens on the Court.

6    Accordingly, the parties hereby STIPULATE AND AGREE to submit their joint request

7  that the Court order as follows:

8    1)    That the deadline for completion of the Rule 26(f) conference of the parties is

9  extended a date no later than November 6, 2009;

10    2)    That the deadline for the exchange of initial disclosures is extended to December

11  4, 2009; and

12    3)    That the initial scheduling conference currently set for September 8, 2009 is

13  continued to a date no earlier than December 18, 2009.

14  DATED:  _July 17_____, 2009          **PERKINS COIE** LLP

15

16                                          By: __/s/Brendan Murphy_____
                                                Brendan Murphy

17                                          Attorneys for Defendants
18                                          Turbomeca S.A. and Turbomeca USA, Inc.

19  DATED:  _July 17_____, 2009          **LENAHAN, LEE**
                                            **SLATER & PEARSE, LLP**
20

21                                          By: __/s/Kathleen Staker per email approval___
22                                              Charleton S. Pearse
                                                Kathleen Staker
23
                                            Attorneys for Plaintiff
24                                          County of Sacramento

25

26

27

28

STIPULATION AND ORDER
REGARDING EXTENSION OF TIME          -3-
24839-0159/LEGAL16553620.1

1

**ORDER**

2

     IT IS HEREBY ORDERED THAT:

3

     (1)     The Initial Conference of the Parties pursuant to Federal Rule of Civil

4

Procedure 26(f) shall occur no later than November 6, 2009;

5

     (2)     The Initial Disclosures of the parties pursuant to Federal Rule of Civil

6

Procedure 26(a)(1) shall occur no later than December 4, 2009; and

7

     (3)     The Status (Initial Scheduling) Conference currently scheduled for September 8,

8

2009 is vacated and rescheduled for **December 14**, 2009, at 2pm.

9

10

     DATED:  July 17, 2009

11

12

     WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28