1  Ronald A. McIntire, Bar No. 127407
   PERKINS COIE LLP
2  1888 Century Park E., Suite 1700
   Los Angeles, CA  90067-1721
3  Telephone:  310.788.9900
   Facsimile:  310.788.3399
4
   Keith Gerrard (admitted pro hac vice)
5  Richard Coyle (admitted pro hac vice)
   Brendan Murphy (admitted pro hac vice)
6  PERKINS COIE LLP
   1201 Third Avenue, Suite 4800
7  Seattle, WA  98101-3099
   Telephone:  206.359.8000
8  Facsimile:  206.359.9000

9  Attorneys for Defendants
   Turbomeca S.A. and Turbomeca USA, Inc.
10

11              UNITED STATES DISTRICT COURT

12              EASTERN DISTRICT OF CALIFORNIA

13

14  COUNTY OF SACRAMENTO,              Case No. 2:07:CV-1398 WBS DAD

                        Plaintiff,     STIPULATION AND ORDER REGARDING
15                                      EXTENSION OF TIME FOR RULE 26(F)
         v.                            CONFERENCE, TO SERVE INITIAL
16                                      DISCLOSURES, AND TO CONTINUE
   TURBOMECA S.A., a French            INITIAL (PRETRIAL SCHEDULING)
17  Corporation; LA SOCIETE ANONYME    CONFERENCE
   TURBOMECA FRANCE, a French
18  Corporation; TURBOMECA USA, a Texas
   Corporation; TURBOMECA ENGINE
19  CORPORATION, a Texas Corporation,

                        Defendants.
20

21         Plaintiff County of Sacramento and Defendants Turbomeca S.A. (f/k/a La Societe

22  Anonyme Turbomeca France) and Turbomeca USA, Inc. (f/k/a Turbomeca Engine Corporation)

23  hereby stipulate and seek an order of the Court extending certain deadlines in the above-entitled

24  matter, and state as follows:

25         This case arises from the crash of a Sacramento County Sheriff's Department helicopter

26  on July 13, 2005, which resulted in the deaths of two Sheriff's deputies, injuries to a third deputy,

27  and the loss of the helicopter.  The County of Sacramento commenced this action on July 13,

28  2007, and its insurer, Old Republic Insurance Company, commenced a separate action numbered

   STIPULATION AND ORDER
   REGARDING EXTENSION OF TIME

1   2:08-cv-01376-WBS-DAD on June 18, 2008.  The two cases were consolidated until recently.

2   The damages sought by the County and Old Republic include property loss, reimbursement of

3   insurance payments for the helicopter, reimbursement of workers' compensation payments made

4   to, or on behalf of, the occupants of the helicopter, and loss of use.  The helicopter occupants and

5   their families commenced a separate personal injury action against Turbomeca S.A. and

6   Turbomeca USA, but the parties to that action reached a settlement and the case has been

7   dismissed.[1]

8          On August 7, 2008, the Court ordered the County's and Old Republic's actions

9   consolidated under master case number 07-CV-01398-WBS-DAD.  The court also adopted the

10  scheduling order from the Old Republic action, which set a status conference for December 1,

11  2008, at 2:00 p.m.  On November 17, 2008, the Court continued this conference to April 6, 2009.

12  (Docket No. 43.)  On March 19, 2009, the Court continued this conference to September 8, 2009.

13  (Docket No. 47.)  On July 17, 2009, the court continued this conference to December 14, 2009.

14  (Docket No. 50.)

15         The defendants have filed their answers and the parties have been working diligently to

16  resolve the case informally and without burden on the Court.  Counsel for Old Republic and

17  Turbomeca met in person in June 2009 and settled the claims brought by Old Republic.  (Notice

18  of Settlement, Docket No. 48.)  The Old Republic case has been severed and dismissed.  (Docket

19  No. 52.)

20         Counsel for Turbomeca and the County have met in person to discuss resolution of the

21  case and have scheduled informal meetings with each other's witnesses for the purpose of

22  advancing settlement discussions.  These meetings are currently scheduled to occur in November

23  2009.  The parties intend to have follow-up meetings among counsel to discuss settlement in late

24  2009 or early 2010.  The parties have also been in the process of informally exchanging

25  documents and information and have exchanged and are reviewing numerous documents.  The

26

27

28  [1] *Eric Henrikson, et al. v. Turbomeca, S.A., et al.*, Case No. 2:06-cv-01563-WBS-DAD (filed July 13, 2006, terminated June 26, 2008).

STIPULATION AND ORDER
REGARDING EXTENSION OF TIME          -2-

1  parties mutually desire to avoid unnecessary litigation and expense, and to facilitate an early and

2  cost-effective resolution of these consolidated cases.

3        The parties respectfully submit, by this Stipulation, their joint request that all currently

4  scheduled matters in this action be continued for a period of four months, so that the parties can

5  continue the informal exchange of information and documents and work toward an informal

6  resolution of the cases without incurring unnecessary expenses and without imposing any

7  unnecessary burdens on the Court.

8        Accordingly, the parties hereby STIPULATE AND AGREE to submit their joint request

9  that the Court order as follows:

10       1)    That the deadline for completion of the Rule 26(f) conference of the parties is

11 extended to March 12, 2010;

12       2)    That the deadline for the exchange of initial disclosures is extended to April 9,

13 2010; and

14       3)    That the initial scheduling conference currently set for December 14, 2009 is

15 continued to a date no earlier than April 19, 2010.

16 DATED:   November 10        , 2009     **PERKINS COIE LLP**

17

18      By:   /s/Brendan Murphy
         Brendan Murphy

19      Attorneys for Defendants

20      Turbomeca S.A. and Turbomeca USA, Inc.

21 DATED:   November 10        , 2009     **LENAHAN, LEE**

22      **SLATER & PEARSE, LLP**

23      By:   /s/Kathleen Staker per email approval

24          Charleton S. Pearse
         Kathleen Staker

25      Attorneys for Plaintiff

26      County of Sacramento

27

28

STIPULATION AND ORDER
REGARDING EXTENSION OF TIME   -3-

**ORDER**

IT IS HEREBY ORDERED THAT:

(1)     The Initial Conference of the Parties pursuant to Federal Rule of Civil Procedure 26(f) shall occur no later than March 12, 2010;

(2)     The Initial Disclosures of the parties pursuant to Federal Rule of Civil Procedure 26(a)(1) shall occur no later than April 9, 2010; and

(3)     The Status (Initial Scheduling) Conference currently scheduled for December 14, 2009 is vacated and rescheduled for **April 19, 2010, at 2:00 p.m.**

DATED:  November 10, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE