Ronald A. McIntire, Bar No. 127407
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Richard Coyle (admitted pro hac vice)
Brendan Murphy (admitted pro hac vice)
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendants
Turbomeca S.A. and Turbomeca USA, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SACRAMENTO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TURBOMECA S.A., a French Corporation; LA SOCIETE ANONYME TURBOMECA FRANCE, a French Corporation; TURBOMECA USA, a Texas Corporation; TURBOMECA ENGINE CORPORATION, a Texas Corporation,<br><br>　　　　　Defendants. | Case No. 2:07:CV-1398-WBS-KJN<br><br>STIPULATION AND ORDER REGARDING EXTENSION OF TIME FOR RULE 26(F) CONFERENCE, TO SERVE INITIAL DISCLOSURES, AND TO CONTINUE INITIAL (PRETRIAL SCHEDULING) CONFERENCE |

　　　　Plaintiff County of Sacramento and Defendants Turbomeca S.A. (f/k/a La Societe Anonyme Turbomeca France) and Turbomeca USA, Inc. (f/k/a Turbomeca Engine Corporation) hereby stipulate and seek an order of the Court extending certain deadlines in the above-entitled matter, and state as follows:

　　　　This case arises from the crash of a Sacramento County Sheriff's Department helicopter on July 13, 2005, which resulted in the deaths of two Sheriff's deputies, injuries to a third deputy, and the loss of the helicopter. The County of Sacramento commenced this action on July 13, 2007, and its insurer, Old Republic Insurance Company, commenced a separate action numbered

2:08-cv-01376-WBS-DAD on June 18, 2008.  The two cases were consolidated until last year.  The damages sought by the County and Old Republic include property loss, reimbursement of insurance payments for the helicopter, reimbursement of workers' compensation payments made to, or on behalf of, the occupants of the helicopter, and loss of use.  The helicopter occupants and their families commenced a separate personal injury action against Turbomeca S.A. and Turbomeca USA, but the parties to that action reached a settlement and the case has been dismissed.[1]

On August 7, 2008, the Court ordered the County's and Old Republic's actions consolidated under master case number 07-CV-01398-WBS-DAD.  The court also adopted the scheduling order from the Old Republic action, which set a status conference for December 1, 2008, at 2:00 p.m.  On November 17, 2008, the Court continued this conference to April 6, 2009. (Docket No. 43.)  On March 19, 2009, the Court continued this conference to September 8, 2009. (Docket No. 47.)  On July 17, 2009, the court continued this conference to December 14, 2009. (Docket No. 50.)  On November 10, 2009, the court continued this conference to April 19, 2010. (Docket No. 54.)

The defendants have filed their answers and the parties have been working diligently to resolve the case informally and without burden on the Court.  Counsel for Old Republic and Turbomeca met in person in June 2009 and settled the claims brought by Old Republic.  (Notice of Settlement, Docket No. 48.)  The Old Republic case has been severed and dismissed.  (Docket No. 52.)

Counsel for Turbomeca and the County have met in person to discuss resolution of the case and have scheduled and held informal meetings with each other's witnesses for the purpose of advancing settlement discussions.  These witness meetings occurred on November 13, 2009, December 22, 2009, and January 13, 2010.  The parties are scheduling follow-up meetings among counsel for the Spring or Summer of 2010 to discuss settlement.  The parties have also been in the process of informally exchanging documents and information and have exchanged and are

---

[1] *Eric Henrikson, et al. v. Turbomeca, S.A., et al.*, Case No. 2:06-cv-01563-WBS-DAD (filed July 13, 2006, terminated June 26, 2008).

STIPULATION AND ORDER
REGARDING EXTENSION OF TIME        -2-
24839-0159/LEGAL17923117.1

reviewing numerous documents.  The parties mutually desire to avoid unnecessary litigation and expense, and to facilitate an early and cost-effective resolution of this case.

The parties respectfully submit, by this Stipulation, their joint request that all currently scheduled matters in this action be continued for a period of six months, so that the parties can continue the informal exchange of information and documents and work toward an informal resolution of the case without incurring unnecessary expenses and without imposing any unnecessary burdens on the Court.

Accordingly, the parties hereby STIPULATE AND AGREE to submit their joint request that the Court order as follows:

1) That the deadline for completion of the Rule 26(f) conference of the parties is extended to September 10, 2010;

2) That the deadline for the exchange of initial disclosures is extended to October 8, 2010; and

3) That the initial scheduling conference currently set for April 19, 2010 is continued to a date no earlier than October 15, 2010.

DATED:  __March 19_____, 2010    **PERKINS COIE LLP**

By:   /s/Brendan Murphy
     Brendan Murphy

Attorneys for Defendants
Turbomeca S.A. and Turbomeca USA, Inc.

DATED:  __March 19_____, 2010    **LENAHAN, LEE SLATER & PEARSE, LLP**

By:   /s/Kathleen Staker per email approval
    Charleton S. Pearse
    Kathleen Staker

Attorneys for Plaintiff
County of Sacramento

STIPULATION AND ORDER
REGARDING EXTENSION OF TIME        -3-
24839-0159/LEGAL17923117.1

**ORDER**

IT IS HEREBY ORDERED THAT:

(1)     The Initial Conference of the Parties pursuant to Federal Rule of Civil Procedure 26(f) shall occur no later than September 10, 2010;

(2)     The Initial Disclosures of the parties pursuant to Federal Rule of Civil Procedure 26(a)(1) shall occur no later than October 8, 2010; and

(3)     The Status (Initial Scheduling) Conference currently scheduled for April 19, 2010 is vacated and rescheduled for **October 18, 2010 at 2:00 p.m.**

DATED:  March 19, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
REGARDING EXTENSION OF TIME          -4-
24839-0159/LEGAL17923117.1