CHARLETON S. PEARSE, SBN 122491
ADAM M. AMBROZY, SBN 258237
BENJAMIN D. ORAM, SBN 269453
**LENAHAN, LEE, SLATER & PEARSE, LLP**
1030 15^(TH) Street, Suite 300
Sacramento, CA 95814
Telephone: (916) 443-1030
Facsimile: (916) 443-0869

Attorneys for Plaintiff
**COUNTY OF SACRAMENTO**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SACRAMENTO,<br><br>Plaintiff,<br><br>v.<br><br>TURBOMECA, S.A., a French Corporation; LA SOCIÉTÉ ANONYME TURBOMECA FRANCÉ, a French Corporation, TURBOMECA USA, a Texas Corporation, TURBOMECA ENGINE CORPORATION, a Texas Corporation,<br><br>Defendants. | Case No. 2:07-CV-01398-WBS-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING THE USE OF DEPOSITIONS FROM A RELATED MATTER** |

Plaintiff COUNTY OF SACRAMENTO, (hereinafter referred to as "Plaintiff"), and Defendants, TURBOMECA, S.A. and TURBOMECA USA (hereinafter collectively referred to as "Defendants") hereby stipulate and seek an order of the Court that all depositions of all witnesses taken in the matter <u>Eric Henrikson et al v. Turbomeca S.A. et al,</u> Case Number No. 2:06-cv-01563-WBS-DAD, will be treated as though they were taken in this case, Case No. 2:07-CV-01398-WBS-KJN.

Despite this stipulation, no party waives any objections to admissibility of any portion of the above referenced depositions under the Federal Rules of Evidence.

This Stipulation and Order may be executed in counter-part, and faxed and/or authorized electronic signature shall be deemed the same as an original execution.

DATED: February 3, 2012                **LENAHAN, LEE, SLATER & PEARSE, LLP**

By:   /s/ Charleton S. Pearse
CHARLETON S. PEARSE
ADAM M. AMBROZY
BENJAMIN D. ORAM
Attorneys for Plaintiff,
COUNTY OF SACRAMENTO

DATED: February 3, 2012                **PERKINS COIE, LLP**

By:   /s/ Brendan Murphy
BRENDAN MURPHY
Attorneys for Defendant,
TURBOMECA, S.A. and TURBOMECA USA

1
2
## ORDER

3
**IT IS HEREBY ORDERED THAT**:

4
(1) All depositions of all witnesses taken in the matter <u>Eric Henrikson et al v. Turbomeca S.A. et al</u>, Case Number No. 2:06-cv-01563-WBS-DAD, will be treated as though they were taken in this case, Case No. 2:07-CV-01398-WBS-KJN.

(2) All parties have not waived any objections to admissibility of any portion of the above referenced depositions under the Federal Rules of Evidence.

Dated:  February 22, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE