CHARLETON S. PEARSE, SBN 122491
ADAM M. AMBROZY, SBN 258237
BENJAMIN D. ORAM, SBN 269453
**LENAHAN, LEE, SLATER & PEARSE, LLP**
1030 15TH Street, Suite 300
Sacramento, CA 95814
Telephone: (916) 443-1030
Facsimile: (916) 443-0869

Attorneys for Plaintiff
**COUNTY OF SACRAMENTO**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF SACRAMENTO,<br><br>Plaintiff,<br><br>v.<br><br>TURBOMECA, S.A., a French Corporation; LA SOCIÉTÉ ANONYME TURBOMECA FRANCÉ, a French Corporation,  TURBOMECA USA, a Texas Corporation, TURBOMECA ENGINE CORPORATION, a Texas Corporation,<br><br>Defendants. | Case No. 2:07-CV-01398-WBS-KJN<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF EXPERT WITNESS DISCLOSURE AND DISCOVERY DATES** |

In order to facilitate mediation and informal disclosure of expert reports prior to mediation, Plaintiff COUNTY OF SACRAMENTO, (hereinafter referred to as "Plaintiff"), and Defendants, TURBOMECA, S.A. and TURBOMECA USA (hereinafter collectively referred to as "Defendants") hereby stipulate and seek an order of the Court modifying the Court's April 1, 2011 scheduling order as follows:

(1)   **Section IV:**

Expert disclosure date: April 25, 2012

Rebuttal expert witness disclosure: May 25, 2012

All discovery to be completed: June 25, 2012

All motions to compel discovery noticed and on calendar: June 25, 2012

**Section V:**

All motions filed: July 25, 2012

(2) The following dates are to remain unchanged and as ordered by the Court in its April 1, 2011 scheduling order and are as follows:

**Section VI:**

Final Pretrial Conference: August 20, 2012

**Section VII:**

Jury Trial: October 16, 2012

(3) No other aspects of the April 1, 2011 scheduling order are modified, altered, or changed.

This Stipulation and Order may be executed in counter-part, and faxed and/or authorized electronic signature shall be deemed the same as an original execution.

DATED: March 5, 2012                    **LENAHAN, LEE, SLATER & PEARSE, LLP**

By:    /s/Charleton S. Pearse
CHARLETON S. PEARSE
ADAM M. AMBROZY
BENJAMIN D. ORAM
Attorneys for Plaintiff,
COUNTY OF SACRAMENTO

DATED: March 5, 2012                    **PERKINS COIE, LLP**

By:    /s/Brendan Murphy
BRENDAN MURPHY
Attorneys for Defendant,
TURBOMECA, S.A. and TURBOMECA USA

**ORDER**

**IT IS HEREBY ORDERED THAT**:

**(1)** The scheduling order is modified as follows:

**Section IV of the 4/1/2011 scheduling order:**

Expert disclosure date: April 25, 2012

Rebuttal expert witness disclosure: May 25, 2012

All discovery to be completed: June 25, 2012

All motions to compel discovery noticed and on calendar: June 25, 2012

**Section V of the 4/1/2011 scheduling order:**

All motions filed: July 25, 2012

**(2)** The following dates are to remain as ordered by the Court in its April 1, 2011 scheduling order and are as follows:

**Section VI of the 4/1/2011 scheduling order:**

Final Pretrial Conference: August 20, 2012

**Section VII of the 4/1/2011 scheduling order:**

Jury Trial: October 16, 2012

**(3)** No other aspects of the April 1, 2011 scheduling order are modified, altered, or changed.

Dated:  March 6, 2012

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE