IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COUNTY OF SACRAMENTO,

       Plaintiff,                    No. 2:07-cv-01398 WBS KJN

    v.

TURBOMECA S.A., a French corporation, et al.,

       Defendants.            <u>ORDER</u>

_____/

An unopposed motion to compel the production of certain radar data (Dkt. No. 73) filed by defendants Turbomeca S.A. and Turbomeca USA, Inc. ("Turbomeca Defendants") is set to be heard by the undersigned on May 3, 2012.[1] However, on April 13, 2012, the Turbomeca Defendants filed a Notice of Settlement (Dkt. No. 80), which provides "that all parties have agreed to settle this matter," subject to approval by the County of Sacramento's Board of Supervisors.

In light of the Notice of Settlement, IT IS HEREBY ORDERED that:

1. The May 3, 2012 hearing on the Turbomeca Defendants' motion to compel (Dkt. No. 73) is vacated.

---

[1] This case was referred to the undersigned pursuant to Eastern District of California Local Rule 302(c)(1) and 28 U.S.C. § 636(b)(1).

2. The Turbomeca Defendants may re-notice their motion to compel if necessary.

IT IS SO ORDERED.

DATED: April 18, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE